| | | |
|---|---|---|
| **Grace R. Waldon** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **Danny L. Burris, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

This matter is before the court upon its own motion.  Due to the above captioned case being Stayed, the trial scheduled for September 2005 shall be removed from the calendar until further notice from the Court.

IT IS SO ORDERED.

**Signed: July 28, 2005**

Graham C. Mullen
Chief United States District Judge