IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV50-MU

| | |
|---|---|
| GRACE R. WALDON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DANNY L. BURRIS, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court upon the Plaintiffs' Motion to lift the stay placed on this case by the Court's order of February 9th, 2005. As the North Carolina Court of Appeals has since resolved the pending appeal in Plaintiffs' favor, there appears to be no further reason why this case should not proceed. Plaintiffs' motion is therefore GRANTED and the stay is lifted.

IT IS SO ORDERED.

**Signed: January 5, 2006**

*[signature]*

Graham C. Mullen
Chief United States District Judge