IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV50

| | |
|---|---|
| GRACE R. WALDON AND ENVIRONMENTAL WATER SOLUTIONS, INC., a North Carolina Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DANNY L. BURRIS, CAROL BURRIS, WATER RESOURCE CORP. USA, DYNPAR, LLC, ENVIRONMENTAL WATER SOLUTIONS, INC., an Oklahoma Corporation, COMPUTER SCIENCES CORPORATION and DYNCORP, <br><br> Defendants. | **ORDER GRANTING** <br> **PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendants Computer Sciences Corp., DynPar, LLC, and Dyn Corp. to allow **James Lynn Werner** to appear *Pro Hac Vice*, filed June 7, 2006 [doc. #65].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Werner has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 8, 2006

Graham C. Mullen
United States District Judge