IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cv-00050

| | |
|---|---|
| GRACE R, WALDON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DANNY L. BURRIS, CAROL BURRIS, ) | |
| WATER RESOURCE CORP. USA, ) | |
| DYNPAR, LLC, ENVIRONMENTAL ) | |
| WATER SOLUTIONS, INC., an ) | |
| Oklahoma Corporation, COMPUTER ) | |
| SCIENCES CORPORATION, and ) | |
| DYNCORP, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **July 9, 2007 term of court at 10:00 a.m.** in Charlotte.

**So ordered.**

Signed: March 26, 2007

Graham C. Mullen
United States District Judge