UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04CV50**

| | |
|---|---|
| GRACE R. WALDON, *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER** |
| ) | |
| DANNY L. BURRES, et al, ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **September 10, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: March 29, 2007

Graham C. Mullen
United States District Judge