IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cv-00050

| | | |
|---|---|---|
| GRACE R, WALDON and ENVIRONMENTAL WATER SOLUTIONS, INC., a North Carolina Corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| DANNY L. BURRIS, CAROL BURRIS, WATER RESOURCE CORP. USA, DYNPAR, LLC, ENVIRONMENTAL WATER SOLUTIONS, INC., an Oklahoma Corporation, COMPUTER SCIENCES CORPORATION, and DYNCORP, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on its own motion. In its Order on April 17, 2007, the Court ordered that Plaintiffs be allowed to reopen discovery and depose Mr. Carl J. Peckinaugh regarding his role in the lawsuit and relationship to Defendants. The Court now understands that Mr. Peckinaugh is not available for deposition until July 2007, a delay that is unreasonable and unacceptable.

The parties are therefore directed to confer and within 10 days, provide the court with mutually acceptable dates for deposition. If the parties are unable to provide any such dates, the defendant is directed to show cause as to why Mr. Peckinaugh is unavailable for deposition in the near future.

IT IS SO ORDERED.

Signed: May 7, 2007

*Graham C. Mullen*
Graham C. Mullen
United States District Judge