IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cv-00050

| | |
|---|---|
| GRACE R, WALDON and ENVIRONMENTAL WATER SOLUTIONS, INC., a North Carolina Corporation, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| DANNY L. BURRIS, CAROL BURRIS, WATER RESOURCE CORP. USA, DYNPAR, LLC, ENVIRONMENTAL WATER SOLUTIONS, INC., an Oklahoma Corporation, COMPUTER SCIENCES CORPORATION, and DYNCORP, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court on its own motion. In its order on May 7, 2007, this Court ordered Defendant to show cause as to why Mr. Carl K. Peckinaugh is unavailable for deposition in the near future. On May 10, the Court received a letter from counsel for the Defendants explaining the reasons for the delay, and therefore, this Court finds that Defendant has shown cause as why the deposition is delayed.

IT IS SO ORDERED.

Signed: May 10, 2007

*Graham C. Mullen*
Graham C. Mullen
United States District Judge