IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04 CV 50**

| | |
|---|---|
| GRACE R. WALDON and ENVIRONMENTAL WATER SOLUTIONS, INC., a North Carolina Corporation,<br>      Plaintiff,<br><br>vs.<br><br>DANNY L. BURRIS, CAROL BURRIS, WATER RESOURCE CORP. USA, DYNPAR, LLC, ENVIRONMENTAL WATER SOLUTIONS, INC., an Oklahoma Corporation, COMPUTER SCIENCES CORPORATION, and DYNCORP,<br>      Defendants. | **ORDER** |

    THIS MATTER IS BEFORE THE COURT on its own motion. The above captioned case is hereby continued to the June 8, 2008 term of court in Charlotte at 10:00 a.m.

    IT IS SO ORDERED.

    Signed: August 28, 2007

Graham C. Mullen
United States District Judge