# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:04-CV-50-GCM

| | | |
|---|---|---|
| **GRACE R. WALDON,** *et al,* | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **DYNPAR, LLC,** *et al,* | ) | |
| **Defendant.** | ) | |
| | ) | |

 **THIS MATTER** is before the court on its own motion.  The trial in this matter is hereby re-scheduled for **Monday, August 4, 2008 at 10:00 a.m.**  in Charlotte.

 **IT IS SO ORDERED**.

Signed: April 9, 2008

Graham C. Mullen
United States District Judge

**Signed: November 22, 2005**

Graham C. Mullen
Chief United States District Judge