## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:04-CV-50-GCM

| | |
|---|---|
| GRACE R. WALDON, ) | |
|         Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| DANNY L. BURRIS, *et al,* ) | |
|         Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, August 18, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: June 24, 2008

Graham C. Mullen
United States District Judge