IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV50-MU

| | |
|---|---|
| GRACE R. WALDON and ENVIRONMENTAL WATER SOLUTIONS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>DANNY L. BURRIS, et al., <br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Defendants' "Motion[s] *In Limine*" (Document #s 143, 144, 145, 146, 147, and 148) and Defendants' "Motion for Reconsideration" (Document #149). A motion hearing was held this day, October 1, 2008 before the undersigned. For the reasons stated in open court,

**IT IS THEREFORE ORDERED** that the Motions are **DENIED**. The parties are hereby directed to comply with the rulings issued in open court. Transcripts have been prepared to assist the parties in that regard.

Signed: October 1, 2008

Graham C. Mullen
United States District Judge