IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV50-MU

| | |
|---|---|
| GRACE R. WALDON and ENVIRONMENTAL WATER SOLUTIONS, INC., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DANNY L. BURRIS, et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Defendants' Rule 50 Motions for Judgment as a Matter of Law in a Jury Trial. A motion hearing was held this day, October 14, 2008. For reasons stated in open court,

**IT IS THEREFORE ORDERED** that the Motions are **GRANTED** in part and **DENIED** in part. The parties are hereby directed to comply with the rulings issued in open court. Transcripts have been prepared to assist the parties in that regard.

Signed: October 14, 2008

Graham C. Mullen
United States District Judge