# United States District Court
# For The Western District of North Carolina
# Charlotte Division

**Grace R. Waldon and Environmental Water Solutions, Inc.,**

    Plaintiff(s),

vs.

**Danny L. Burris, et al.,**

    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

3:04-CV-50

**DECISION BY COURT**. This action having come before the Court by Trial and a decision having been rendered; (1) Plaintiffs claims against Defendants Carol Burris, DynCorp, and Computer Sciences Corporation are dismissed; and (2) that Grace Waldon have and recover of the Defendant DynPar the sum of $350,931.5055 and that EWSI-NC have and recover of Defendant DynPar the sum of $2,563,347.5984.

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered in accordance with the 10/15/2008 Jury Verdict and Court's 10/17/2008 Order.

Signed: October 20, 2008

Frank G. Johns, Clerk
United States District Court