# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Grace R. Waldon and Environmental
Water Solutions, Inc.,

        Plaintiff(s),

vs.

Danny L. Burris, et al.,

        Defendant(s).

**AMENDED
JUDGMENT IN A CIVIL CASE**

3:04-CV-50

**DECISION BY COURT**. This action having come before the Court by Jury Trial and a decision having been rendered; (1) Plaintiffs claims against Defendants Carol Burris, DynCorp, and Computer Sciences Corporation are dismissed; and (2) that Grace Waldon have and recover of the Defendant DynPar LLC the sum of $350,931.5055 and that EWSI-NC have and recover of Defendant DynPar LLC the sum of $2,563,347.5984

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered in accordance with the 10/15/2008 Jury Verdict and Court's 10/21/2008 Order.

Signed: October 22, 2008

Frank G. Johns, Clerk
United States District Court